**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Arla WAXMAN, Defendant—Appellant.**

**No. 03–50481.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 12, 2005.*

Decided Sept. 16, 2005.

Nancy B. Spiegel, Esq., Ronald L. Cheng, Esq., Sandra R. Klein, USLA—Office of the U.S. Attorney, Criminal Division, Los Angeles, CA, for Plaintiff–Appellee.

Terri A. Law, Esq., Ecoff & Law, Beverly Hills, CA, for Defendant–Appellant.

Before: REINHARDT, RYMER, and HAWKINS, Circuit Judges.

## MEMORANDUM **

Arla Waxman appeals her guilty-plea conviction and sentence for false representation of Social Security numbers, in violation of 42 U.S.C. § 408(a)(7)(B).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Waxman has filed a

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. No pro se supplemental brief has been filed.

We have conducted an independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). We affirm the conviction. We remand the sentence for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc).

Counsel's motion to withdraw as counsel on appeal is denied.

The conviction is AFFIRMED, and the sentence is REMANDED.